# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**CHARLES CRAWFORD, et al.**                                                  **PLAINTIFFS**

**VS.**                                                                    **No. 3:25-cv-479-DPJ-ASH**

**NATHAN "BURL" CAIN, Commissioner,**
**Mississippi Department of Corrections, in**
**his official capacity, et al.**                                                 **DEFENDANTS**

## NOTICE OF FILING OF MOTION FOR CONSOLIDATION

Please take notice that the Defendants have filed a motion for consolidation under Fed. R. Civ. P. 42 in *Chase, et al. v. Cain et al.*, No. 3:15-cv-00295-HTW-LGI, which is currently pending in the United States District Court of the Southern District of Mississippi, Northern Division. The filed pleadings are attached hereto as:

**Exhibit 1**     Defendants' Motion for Consolidation of *Crawford, et al. v. Cain et al.*, No. 3:25-cv-479-DPJ-ASH

**Exhibit 2**     Defendants' Memorandum of Authorities in Support of Motion for Consolidation

**DATE: September 29, 2025**

                                             By:     **LYNN FITCH**
                                                          ATTORNEY GENERAL
                                                          STATE OF MISSISSIPPI

                                             By:     *s/Wilson Minor*
                                                          Wilson Minor, MSB No. 102663
                                                          John P. Sneed, MSB No. 7652
                                                          SPECIAL ASSISTANT ATTORNEYS GENERAL
                                                          ATTORNEYS FOR DEFENDANTS

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL

P.O. Box 220
Jackson, MS 39205
Telephone: (601) 359-6279
Telefax: (601) 359-2003
wilson.minor@ago.ms.gov
john.sneed@ago.ms.gov

## CERTIFICATE OF SERVICE

    This is to certify that I, Wilson Minor, Special Assistant Attorney General for the State of Mississippi, have electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

    This the 29th day of September, 2025.

                                                      *s/Wilson Minor*
                                                      Wilson Minor